**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

MARQUIS D. FRANCIS,

        Plaintiff,

vs.

YARDSTIK, INC.,

        Defendant.

Case No.: 2:26-cv-00072-AWA-DEM

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Federal Rules of Civil Procedure, Plaintiff Marquis D. Francis ("Plaintiff") hereby voluntarily dismisses his claims in this matter against Defendant Yardstik, Inc., WITH prejudice.

Dated*:* March 31, 2026,

/s/ Aryeh E. Stein
Aryeh E. Stein, Esq.
Bar No. 45895
Meridian Law, LLC
1212 Reisterstown Road
Baltimore, MD 21208
T: (443) 326-6011
F: (410) 782-3199
E: astein@meridianlawfirm.com

*Attorney for Plaintiff,*
*Marquis D. Francis*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all attorneys of record in this matter.

/s/ Aryeh E. Stein
Aryeh E. Stein